NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUTSFORTH, INC.,**
*Appellant*

**v.**

**MOTIVEPOWER, INC.,**
*Appellee*

---

2015-1315

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00270.

---

**JUDGMENT**

---

MATHIAS WETZSTEIN SAMUEL, Fish & Richardson P.C., Minneapolis, MN, argued for appellant. Also represented by ROBERT P. COURTNEY, CONRAD GOSEN.

JASON ALEXANDER ENGEL, K&L Gates LLP, Chicago, IL, argued for appellee. Also represented by ROBERT J. BARZ, ALAN L. BARRY, BENJAMIN EDWARD WEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 17, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |